UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER GOMEZ,<br><br>                    Plaintiff,<br><br>-against-<br><br>36W26 OWNER LLC, and HIBASE 36W INC,<br><br>                    Defendants. | 23-CV-8681 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Discovery in this case closes on May 27, 2024. Accordingly, no later than **May 28, 2024**, the parties should jointly file a letter indicating whether either party intends to file a dispositive motion. If neither party intends to file a dispositive motion, the parties should provide their availability for trial in July or August 2024.

In addition, no later than June 3, 2024, the parties are hereby ORDERED to meet for at least one hour to discuss settlement.

SO ORDERED.

Dated: May 23, 2024
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge